PROB 12A
(7/93)

## United States District Court
## for
## District of New Jersey
### Report on Offender Under Supervision

Name of Offender: **ANTHONY DICKEY**                Docket Number: 97-00617-001

Name of Sentencing Judicial Officer: Joseph A. Greenway, Jr., U.S. District Court Judge

Date of Original Sentence: November 26, 20

Original Offense:

Possession of a Weapon by a Convicted Felon, 18 U.S.C. 922(g)

Original Sentence: Seventy-seven (77) months in the custody of the Bureau of Prisons, Five (5) years Supervised Release, $100.00 Special Assessment (Paid). Special Conditions: (1) Shall contribute between 1,000 and 1,250 hours of community service work over a period of sixty (60) months or less, from the date supervised release is granted. The community service shall take place in Camden County or neighboring county. The community service shall be performed with youth organizations. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office; (2) Drug Testing/Drug Treatment, if directed by the U.S. Probation Office, (3) Mental Health Treatment, if directed by U.S. Probation and (4) Full Financial Disclosure.

Type of Supervision: Supervised Release        Date Supervision Commenced: January 28, 2005

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1        The offender has violated the supervision condition which states **'As a condition of supervision, you shall contribute between 1,000 and 1,250 hours of community service work over a period of sixty (60) months or less, from the date supervised release is granted. The community service shall take place in Camden County or neighboring county. The community service shall be performed with youth organizations. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.'**

As of July 19, 2005, the offender has not secured a community service site with a youth organization.

U.S. Probation Action

Mr. Dickey commenced his term of supervised release with this office on January 28, 2005 and is residing with his fiancé and her son in Camden, New Jersey. He recently secured employment as a driver for a local medical transportation company.

On March 1, 2005, the offender was arrested by Camden, New Jersey, Police and charged with one count each of Threat To Kill, Aggravated Assault, Unlawful Possession of a Weapon (Handgun), Possession of a Weapon (Handgun) for Unlawful Purpose and Robbery. At the time, the U.S. Probation Office submitted a Petition for Warrant or Summons for Offender Under Supervision (Probation Form 12-C), which incorporated the details of the offender's new criminal charges and requested a warrant be issued. Your Honor issued a warrant on March 8, 2005. The offender was subsequently arrested and appeared before the Honorable Joel B. Rosen on March 14, 2005 for an Initial Appearance. On that date, Mr. Dickey was detained pending a detention hearing on March 15, 2005. At the detention hearing, the offender was ordered detained on the present case and remanded to the Camden County, New Jersey, Jail. On April 6, 2005, the offender's state charges were administratively dismissed. On the same date, Judge Rosen ordered that the Violation of Supervised Release be dismissed and that the federal detainer lodged against the offender be dismissed.

On May 2, 2005, Mr. Dickey was arrested by Camden, New Jersey, Police and charged with one count of Possession/Use of Controlled Dangerous Substance. According to the police report in this matter, the offender was observed by police in a drug transaction with another individual involving suspected marijuana. When police tried to arrest the offender, he fled on foot. A police officer pursued Mr. Dickey into an alleyway where the offender climbed a fence and attempted to climb over it. Mr. Dickey refused to follow the officer's instructions to let go of the fence. The officer administered three strikes with his monadnack (night stick) to the offender's left leg and he went down to the ground. Mr. Dickey was arrested, processed at the police station and released on a summons. This charge is pending. On June 20, 2005, the U.S. Probation Office notified the Court of this arrest and requested that no further action be taken at that time. We will, however, notify the Court of the final disposition of this charge, as well as seek approval for an appropriate sanction.

The offender and the undersigned officer attempted to secure a community service site at the Boys and Girls Club of Camden County, located in Camden, New Jersey. The director of this facility informed this officer that, due to the offender's criminal record, he would not be allowed to perform community service with or around children at their facility.

It is recommended that the offender be allowed to perform his community service at any community service site approved by the U.S. Probation Office, including but not limited to, youth organizations. Additionally, the U.S. Probation Office is recommending that the offender's community service obligation be deferred until his pending criminal charge is adjudicated.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer
Date: 7/20/05

JLP/jlp

APPROVED:

RICHARD A. GALLO          Date
Supervising U.S. Probation Officer

[ x ] Approval granted for the offender to be allowed to perform his community service at any community service site approved by the U.S. Probation Office, including but not limited to, youth organizations. The community service obligation is deferred until the offender's May 2, 2005 arrest is adjudicated.

[   ] Other : _____

_____
Signature of Judicial Officer

7-28-05
_____
Date