Case 2:97-cr-00617-JAG   Document 40   Filed 11/10/05   Page 1 of 7 PageID: 15

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

RICHARD A. GALLO
SUPERVISING PROBATION OFFICER

SUSAN M. SMALLEY
SUPERVISING PROBATION OFFICER

October 28, 2005

401 MARKET ST., 1ST FLOOR
POST OFFICE BOX 3497
CAMDEN, NJ 08101-3497
(856) 757-5043
FAX: (856) 757-5302

Honorable Joseph A. Greenaway, Jr.
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey 07102

RECEIVED

NOV 0 4 2005

JOSEPH A. GREENAWAY, JR.
United States District Judge

RE: DICKEY, Anthony
Docket No.: 97-00617-001
**STATUS OF OFFENDER UNDER SUPERVISION**

Dear Judge Greenaway:

The purpose of this letter is to inform the Court of the status of the above-referenced offender, who was sentenced by Your Honor on November 26, 2001, after pleading guilty to Possession of a firearm by a convicted felon. The sentence was as follows: Seventy-seven (77) months in the custody of the Bureau of Prisons, Five (5) years Supervised Release, $100.00 Special Assessment (Paid). Special Conditions: (1) Shall contribute between 1,000 and 1,250 hours of community service work over a period of sixty (60) months or less, from the date supervised release is granted. The community service shall take place in Camden County or neighboring county. The community service shall be performed with youth organizations. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office; (2) Drug Testing/Drug Treatment, if directed by the U.S. Probation Office, (3) Mental Health Treatment, if directed by U.S. Probation and (4) Full Financial Disclosure.

Mr. Dickey commenced his term of supervised release with this office on January 28, 2005 and is residing with his fiancé and her son in Camden, New Jersey. He is employed as a driver for a local medical transportation company since July 2005.

On March 1, 2005, the offender was arrested by Camden, New Jersey, Police and charged with one count each of Threat To Kill, Aggravated Assault, Unlawful Possession of a Weapon (Handgun), Possession of a Weapon (Handgun) for Unlawful Purpose and Robbery. At the time, the U.S. Probation Office submitted a Petition for Warrant or Summons for Offender Under Supervision (Probation Form 12-C), which incorporated the details of the offender's new criminal charges and requested a warrant be issued. Your Honor issued a warrant on March 8, 2005. The offender was subsequently arrested and appeared before the Honorable Joel B. Rosen on March 14, 2005 for an Initial Appearance. On that date, Mr. Dickey was detained pending a detention hearing on March 15, 2005. At the detention hearing, the offender was ordered detained on the present case and remanded to the Camden County, New Jersey, Jail. On April 6, 2005, the offender's state charges were administratively dismissed. On the same date, Judge Rosen ordered that the Violation of Supervised Release be dismissed and that the federal detainer lodged against the offender be dismissed.

Honorable Joseph A. Greenaway, Jr.
Page 2
November 1, 2005

On May 2, 2005, Mr. Dickey was arrested by Camden, New Jersey, Police and charged with one count of Possession/Use of Controlled Dangerous Substance. According to the police report in this matter, the offender was observed by police in a drug transaction with another individual involving suspected marijuana. When police tried to arrest the offender, he fled on foot. A police officer pursued Mr. Dickey into an alleyway where the offender climbed a fence and attempted to climb over it. Mr. Dickey refused to follow the officer's instructions to let go of the fence. The officer administered three strikes with his monadnock (night stick) to the offender's left leg and he went down to the ground. Mr. Dickey was arrested, processed at the police station and released on a summons. The offender was charged with Possession of Marijuana Under 50 Grams. On June 20, 2005, the U.S. Probation Office notified the Court of this arrest and requested that no further action be taken at that time; the U.S. Probation Office advised that it would notify the Court of the final disposition of this charge, as well as seek approval for an appropriate sanction.

The offender and the undersigned officer attempted to secure a community service site at the Boys and Girls Club of Camden County, located in Camden, New Jersey. The director of this facility informed this officer that, due to the offender's criminal record, he would not be allowed to perform community service with or around children at their facility. On July 28, 2005 the Court approved the offender to be allowed to perform his community service at any community service site approved by the U.S. Probation Office, including but not limited to, youth organizations. In addition, the community service obligation was deferred until the offender's May 2, 2005 arrest was adjudicated.

At this time we seek to notify the Court of the disposition of the Possession of Marijuana Under 50 Grams charge against Mr. Dickey. On October 4, 2005, the Camden, New Jersey, Municipal Court dismissed this charge. Since the charge was dismissed, the U.S. Probation Office is recommending that there be no sanction. In addition, since this charge has been resolved, it is recommended that the offender be allowed to commence his community service obligation.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer

APPROVED:

RICHARD A. GALLO          Date
Supervising U.S. Probation Officer

Honorable Joseph A. Greenaway, Jr.
Page 3
November 1, 2005

[ ✓ ] The Court has been notified that the Possession of Marijuana Under 50 Grams charge filed against Mr. Dickey on May 2, 2005 was dismissed by the Camden, New Jersey, Municipal Court on October 4, 2005. Since the charge was dismissed, the Court orders that there be no sanction. In addition, since this charge has been resolved, the Court orders that the offender be allowed to commence his community service obligation.

[ ] Other

_____
Signature of Judicial Officer

11-9-05
_____
Date