PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **ANTHONY DICKEY**                               Cr.: 97-00617-001

Name of Sentencing Judicial Officer: HONORABLE JOSEPH A. GREENAWAY, JR.

Date of Original Sentence: November 26, 2001

Original Offense: (Count 1) Possession of a firearm by a convicted felon, 18 U.S.C. Section 922(g)

Original Sentence: Seventy-seven (77) months in the custody of the Bureau of Prisons, Five (5) years Supervised Release, $100.00 Special Assessment (Paid). Special Conditions: 1) Shall contribute between 1,000 and 1,250 hours of community service work over a period of sixty (60) months or less, from the date supervised release is granted. The community service shall take place in Camden County or neighboring county. The community service shall be performed with youth organizations. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office; (2) Drug Testing/Drug Treatment, if directed by the U.S. Probation Office, (3) Mental Health Treatment, if directed by U.S. Probation and (4) Full Financial Disclosure.

Type of Supervision: Supervised Release          Date Supervision Commenced: January 28, 2005

Assistant U.S. Attorney: Diana V. Carrig                      Defense Attorney: Maggie Moy

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                    According to a Clementon, New Jersey, Police report, on March 30, 2006 at approximately 11:00 pm, Clementon police officers were dispatched to the Pine

Valley Apartments for a report of a robbery in progress. Upon arrival, four victims were located. The victims reported that two armed males, later identified as the offender and Dwayne Kelly, forced their way into the residence and handcuffed the residents. They then ransacked the residence and fled in a maroon Chevrolet vehicle.

Gloucester Township, New Jersey, Police spotted the vehicle and a pursuit began that ended with a crash in Camden, New Jersey, after the suspects jumped from the vehicle.

The offender was charged with one count each of Resisting Arrest, Eluding Law Enforcement Officials - Failure to Stop, Possession of a Controlled Dangerous Substance, Possession of a Controlled Dangerous Substance with Intent to Distribute, Unlawful Possession of a Weapon (Handgun), Possession of a Weapon (Handgun) for Unlawful Purpose and four counts of Robbery. He was placed in the Camden County, New Jersey, Correctional Facility; bail is $300,000 cash/bond. As of the date of this petition, this matter is pending a hearing before the Superior Court of New Jersey, Camden County.

Respectfully submitted,

By: John L. Paccione
U.S. Probation Officer
Date: April 5, 2006

APPROVED:

RICHARD A. GALLO          Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: _____.
[✓] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____4-13-06_____
Date