PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Anthony Dickey          **Docket Number:** 97-00617-001

**Name of Sentencing Judicial Officer:** HONORABLE JOSEPH A. GREENAWAY, JR.
                                          UNITED STATES DISTRICT COURT JUDGE

**Date of Original Sentence:** 11/26/2001

**Original Offense:** (Count 1) Possession of a firearm by a convicted felon, 18 U.S.C. Section 922(g), a Class A Felony

**Original Sentence:** Seventy-seven months in the custody of the Bureau of Prisons, five years Supervised Release, $100.00 Special Assessment. The special conditions of (1) Shall contribute between 1,000 and 1,250 hours of community service work over a period of sixty months or less, from the date supervised release is granted. The community service shall take place in Camden County or neighboring county. The community service shall be performed with youth organizations. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office, (2) Drug Testing/Drug Treatment, if directed by the U.S. Probation Office, (3) Mental Health Treatment, if directed by U.S. Probation and (4) Full Financial Disclosure were also imposed.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 1/28/05

**Assistant U.S. Attorney:** Jacqueline Carle, 401 Market St., 4th Floor, P.O. Box 2098, Camden, New Jersey 08101, (609) 757-5026

**Defense Attorney:** Maggie Moy, 840 Cooper Street, Suite 350, Camden, New Jersey 08102, (609) 757-5341

---

### PETITIONING THE COURT

[ ] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

   1                The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

According to a Clementon, New Jersey, Police report, on March 30, 2006 at approximately 11:00 pm, Clementon police officers were dispatched to the Pine Valley Apartments for a report of a robbery in progress. Upon arrival, four victims were located. The victims reported that two armed males, later identified as the offender and Dwayne Kelly, forced their way into the residence and handcuffed the residents. They then ransacked the residence and fled in a maroon Chevrolet vehicle.

Gloucester Township, New Jersey, Police spotted the vehicle and a pursuit began that ended with a crash in Camden, New Jersey, after the suspects jumped from the vehicle.

The offender was incarcerated on March 30, 20006 at the Camden County, New Jersey, Correctional Facility. Bail was set at $300,000.00 cash/bond.

On April 13, 2006, Your Honor issued a warrant as requested by the U.S. Probation Department. This warrant was lodged as a detainer against Mr. Dickey on April 19, 2006 at the Camden County Correctional Facility where he was being detained on state criminal charges.

A Superceding Indictment returned in the Superior Court of New Jersey, Camden County charged the offender with four counts of robbery, five counts of kidnaping, two counts of aggravated assault with a firearm, one count of possession of a firearm for unlawful purpose, one count of unlawful possession of a firearm, one count of threat to kill, one count of eluding law enforcement official, one count of aggravated assault, serious bodily injury while fleeing and one count of certain persons not to have weapons.

On March 3, 20008, the offender plead guilty to one count of certain persons not to have weapons; sentencing on this matter is scheduled for June 27, 2008.

On April 1, 2008, in the Superior Court of New Jersey, Camden County, Mr. Dickey's bail was reduced and he was released to the federal detainer relative to the violation of supervised release warrant.

PROB 12C - Page 3
Anthony Dickey

Respectfully submitted,

By: John L. Paccione
U.S. Probation Officer
Date: April 4, 2008

APPROVED:

_____
RICHARD A. GALLO          Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[✓] The Issuance of a Summons.  Date of Hearing: 4-22-08
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4-23-08
Date