**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

(973) 622-4828

| | |
|---|---|
| **CHAMBERS OF**<br>**JOSEPH A. GREENAWAY, JR.**<br>**JUDGE** | **U.S.P.O. and Courthouse**<br>**2 Federal Square**<br>**P.O. Box 999**<br>**Newark, New Jersey 07102-0999** |

October 21, 2008

Mr. Anthony Dickey, #21201-050
F.C.I. Fairton, Box 420
Fairton, NJ 08320

Re:   U.S. v. Dickey
      Criminal No. 97-617

Dear Mr. Dickey:

   I am writing in response to the numerous letters you have written over the last six weeks requesting clarification of the date of your sentence, as well as the motion to amend your judgment, pursuant to FED. R. CRIM. P. 36 (Docket Entry No. 48).

   This Court imposed judgment on May 6, 2008, as evidenced by the date on your judgment and conviction order (copy attached). Pursuant to 18 U.S.C. § 3585(a), the Bureau of Prisons determines when a sentence has commenced. I have no power to influence their decision. Specifically, 18 U.S.C. § 3585(a) provides:

> A sentence to a term of imprisonment commences on the date the defendant is received in custody awaiting transportation to, or arrives voluntarily to commence service of sentence at, the official detention facility at which the sentence is to be served.

   With respect to your motion to amend requesting that you receive credit for the period of time spent in state custody from March 30, 2006 to April 22, 2006, your attorney, Candace Hom, is currently pursuing clarification of the Bureau of Prisons' decision regarding calculation of your sentence. As such, at this time, your motion will be denied without prejudice.

                              Sincerely,

                              S/Joseph A. Greenaway, Jr.

                              Joseph A. Greenaway, Jr.
                              United States District Judge